B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reed-Parker, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Gatherite Bindery** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3557840** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**570 Rock Road Drive**<br>**East Dundee, IL**　　　　　　　　ZIP Code **60118** | Street Address of Joint Debtor (No. and Street, City, and State):　　　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Terry Reed**<br>**533 Springwood Circle**<br>**East Dundee, IL**　　　　　　　　ZIP Code **60118** | Mailing Address of Joint Debtor (if different from street address):　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reed-Parker, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Terry and Raquel Reed** | Case Number: | Date Filed: |
|---|---|---|
| District: **Northern District of Illinois** | Relationship: **Debtor Terry Reed's corporatio** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Reed-Parker, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Lester A. Ottenheimer III**
Signature of Attorney for Debtor(s)

**Lester A. Ottenheimer III 3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Teplinsky Rosenbloom, LLC**
Firm Name

**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**

Address

**Hklein@otrlaw.com and Lottenheimer@otrlaw.com**
**847-520-9400  Fax: 847-520-9411**
Telephone Number

**August 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Terry Reed**
Signature of Authorized Individual

**Terry Reed**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Reed-Parker, Inc.**                                              ,    Case No. _____

                                    Debtor

                                            Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 14 | 451,842.27 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,978,009.79 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 1,404.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 266,497.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 451,842.27 | | |
| Total Liabilities | | | | 2,245,911.20 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Reed-Parker, Inc.** _____,    Case No. _____

                                                          Debtor

                                                                          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Reed-Parker, Inc.** , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor has no interest, legal, equitable or otherwise in any real property.** | **None** | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Reed-Parker, Inc.**                                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - First American Bank**  **Checking account - First American Bank** | -  - | 200.00  150.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Landlord** | - | 6,820.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See No. 28 and 29 below** | - | 0.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **7,170.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Reed-Parker, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% member in Trio Graphic Services, LLC** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached** | **-** | **34,672.27** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **34,672.27**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Reed-Parker, Inc.**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Leased equipment - 1 Epsom Stylus Pro 9800, 1 CGS OS Color Tuner Pro, 1 Proof Verification and Conveyor, 1 Fuji Final Proof GXT, 1 Proof Director Pro V 3.0, 1 Fuji Taffeta, 1 miscellaneous Startup Consumerables (subject to U.S. Leasing)** | - | 5,000.00 |
| | | **1 Stream Feeder AF 500, Rena XPS 300053 Imager, Reno and Rena TB 499 Conveyer, Rena XPS Pro Tab (Equipment subject to Wells Fargo)** | - | 25,000.00 |
| | | **Klladio Processer MACG 4, 1 Sony CPD G520 monitor, Quarkxpress, Front Reserve 3.1 Max Stand Alone, Norton Utilities APC Backup UPS, HP Hard Drive Ram, Microsoft Office XP Professional, Norton Utilities, HP Laser Jet, HP Pro Curve Switch, Microtex Scanmaker 8700 Pro** | - | 30,000.00 |
| | | **Apogeex Technology Contract (Color Profiling Services, HP Server 2004, Apogee Starter Kit, Training and Upgrade Services)** | - | 50,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached** | - | 300,000.00 |
| 30. Inventory. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 410,000.00 |
| (Total of this page) | |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Reed-Parker, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 451,842.27 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

6:48 AM
06/11/09

# Reed-Parker, Inc.
## A/R Aging Summary
### As of June 11, 2009

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Proforma Synergy Graphics | 0.00 | 0.00 | 385.00 | 0.00 | 0.00 | 385.00 |
| ABC Business Forms, Inc. | 0.00 | 693.19 | 0.00 | 0.00 | 0.00 | 693.19 |
| Accutek Printing & Graphics | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| Alpha - Graphics Crystal Lake | 210.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210.00 |
| Anderson Digital Service | 0.00 | 0.00 | 0.00 | 0.00 | 1,463.28 | 1,463.28 |
| Arkay Graphics | 0.00 | 0.00 | 178.14 | 0.00 | 0.00 | 178.14 |
| Barrington Print & Copy | 0.00 | 1,925.00 | 0.00 | 0.00 | 0.00 | 1,925.00 |
| Bell Litho Inc. | 0.00 | 963.20 | 0.00 | 0.00 | 0.00 | 963.20 |
| Bob Bearden & Son Printing | 0.00 | 0.00 | 0.00 | 0.00 | 10,401.00 | 10,401.00 |
| CL Graphics | 696.10 | 433.33 | 0.00 | 0.00 | 0.00 | 1,129.43 |
| Cline Printing Ltd. | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| Copresco | 140.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| Cosmetologists Chicago | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 |
| Creative Graphic Arts | 1,469.04 | 0.00 | 0.00 | 0.00 | -303.48 | -303.48 |
| Cremation Association of North America | 293.24 | 0.00 | 0.00 | 0.00 | 0.00 | 1,469.04 |
| D-Signs | 151.38 | 0.00 | 0.00 | 0.00 | 0.00 | 293.24 |
| Design Design Communications, Inc. | 0.00 | 0.00 | 0.00 | 760.00 | 0.00 | 151.38 |
| Dundee Press | 883.28 | 141.05 | 333.30 | 0.00 | 0.00 | 760.00 |
| Express Printing Center | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,357.63 |
| Frey Design Group, Inc. | 0.00 | 878.94 | 457.50 | 0.00 | 20.85 | 95.00 |
| Fuller Grafix, Inc. | 0.00 | 0.00 | 1,075.49 | 60.00 | 0.00 | 1,357.29 |
| Gray Wolf Graphics, Inc. | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,135.49 |
| Grover Printing, Ind. | 0.00 | 165.00 | 7,410.86 | 5,321.56 | 555.00 | 155.00 |
| Imagicom Media Graphics, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 925.00 | 13,452.42 |
| In Color Graphics | 1,124.54 | 0.00 | 385.00 | 0.00 | 0.00 | 925.00 |
| Inkwell Printing | 0.00 | 0.00 | 0.00 | 2,330.64 | 0.00 | 1,509.54 |
| Internamed | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 | 2,330.64 |
| KDM | 0.00 | 0.00 | 0.00 | 0.00 | -55.00 | 225.00 |
| Ken's Quick Print | 840.00 | 0.00 | 0.00 | 0.00 | 0.00 | -55.00 |
| M&M Electric | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 840.00 |
| Magic Lantern | 370.00 | 276.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Mark Twain Press | 0.00 | 190.46 | 0.00 | 0.00 | 0.00 | 646.00 |
| McAdams Multi-Graphics | 0.00 | 0.00 | 0.00 | 0.00 | 1,264.00 | 190.46 |
| McGrath Press | 0.00 | 365.00 | 0.00 | 0.00 | 0.00 | 1,264.00 |
| Mecor, Inc. | 235.00 | 0.00 | 0.00 | 238.83 | 226.00 | 365.00 |
| Michele Packaging Company | 0.00 | 0.00 | 0.00 | 0.00 | 232.18 | 699.83 |
| Midwest Printing Solutions, Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 232.18 |
| Minuteman - Palatine | 0.00 | 0.00 | 0.00 | 0.00 | -9.88 | -9.88 |
| NAPPS | 0.00 | 0.00 | 0.00 | 0.00 | -656.27 | -656.27 |
| National Binding Supply & Equipment | 243.00 | 0.00 | 0.00 | 0.00 | 0.00 | 243.00 |
| Performance Press | 0.00 | 100.00 | 318.25 | 0.00 | 0.00 | 418.25 |
| Print Perfect Inc. | 1,360.00 | 530.08 | 0.00 | 0.00 | 0.00 | 1,890.08 |
| Quiet Graphics | 295.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.00 |
| Real Graphix, Inc. | 0.00 | 640.00 | 640.00 | 640.00 | 0.00 | 1,920.00 |
| RT Associates, Inc. | 1,717.00 | 4,505.86 | 0.00 | 0.00 | 0.00 | 6,222.86 |
| Signal Graphics Printing | 306.05 | 0.00 | 0.00 | 0.00 | 0.00 | 306.05 |
| Sir-Speedy Downers Grove | 297.82 | 0.00 | 0.00 | 0.00 | 0.00 | 297.82 |
| Sir-Speedy Schiller Park | 0.00 | 0.00 | 0.00 | 0.00 | 1,315.83 | 1,315.83 |
| Stark Print Company | 375.00 | 1,316.60 | 0.00 | 0.00 | 0.00 | 1,691.60 |
| Systems Forms, Inc. | 0.00 | 251.23 | 256.63 | 0.00 | 0.00 | 507.86 |
| Team Concept Printing | 292.30 | 5,667.42 | 0.00 | 0.00 | 100.00 | 6,059.72 |
| The Copy Express | 131.80 | 0.00 | 0.00 | 0.00 | 0.00 | 131.80 |
| The Village Printer | 63.46 | 0.00 | 0.00 | 0.00 | 0.00 | 63.46 |
| Walko & Associates, LTD. | 0.00 | 0.00 | 135.00 | 0.00 | 0.00 | 135.00 |
| Wuckert Finishing | 95.00 | 0.00 | 0.00 | 0.00 | 220.00 | 315.00 |
| Your Images | 0.00 | 676.80 | 1,732.50 | 0.00 | 0.00 | 2,409.30 |
| **TOTAL** | **12,164.01** | **20,044.16** | **13,307.67** | **9,351.03** | **15,898.51** | **70,765.38** |

SCHEDULE B – NOS. 28 AND 29 ATTACHMENT

REED-PARKER, INC.

| Item Number | Equipment Description | Serial Number or Model |
|---|---|---|
| P001 | Sakurai 272EP 20" x 28" 2-color perfector, age 1993 | 1993 |
| P002 | Heidelberg Printmaster with Quickspray & plate changing system | 96340   2002   HED 19393 |
| P003 | Sakurai 466SIP (2003) with Royse recirculation system, Pierry medium wave dryer | HF104203   202 |
| B001 | Harris Graphics Macey Model 562-4 Saddlebinder II 6 pocket saddle stitcher w/6 automatic pocket feeds, (2) head wire stitchers, cover feeder, trimmer, runout & controls | 502 |
| B002 | Polar Mohr Model 115EMC-MON 45" Paper Cutter (1989) w/automatic back gauge, monitor & controls | 5931415 |
| B003 | Polar Mohr Model 115EMC-MON 45" Paper Cutter (1986) w/automatic back gauge, monitor & controls | 5631242 |

1

| Item Number | Equipment Description | Serial Number or Model |
|---|---|---|
| B004 | MBO Model B26-1-26/4C 26" x 50" buckle folder w/continuous feeder, MBO Model A76-DC-18 delivery table, MBO Model MCC3 controls & miscellaneous support equipment | Q01/24 |
| B005 | MBO Model B26-1-26/4C 26" x 50" buckle folder w/continuous feeder, MBO Model A76-DC-18 delivery table, MBO Model MCC3 controls & miscellaneous support equipment | Q01/25 |
| B006 | Sharklin MF1 Wrapper & heat sealer, with T-7H pass through shrink tunnel oven & support equipment | F98105/F98418 |
| B007 | Weldotron Shrink Wrap L-Bar 5201 Tunnel 7121 | AE10952CP-10871 |
| B008 | Bestronic Model T15-A2-D pass thru shrink tunnel oven | 1083897 |
| B009 | Beseler Shrink Wrap L-Bar 1513 Tunnel 1720 | 12761205A6386 |
| B010 | Beseler Model 1750GMTB L-Bar Sealer | A6386 |

2

| Item Number | Equipment Description | Serial Number or Model |
|---|---|---|
| B011 | RB Omega portable inline multi-spindle paper drill | 176 |
| B012 | Nygren Dahly Multiple Head Drilling Machine | ST-A-024 |
| B013 | Nygren Dahly Multiple Head Drilling Machine | ST-A 3 |
| B014 | Didde Gatherall Collator Model GA64-B16 20 pocket collator with feed | 20-498 |
| B015 | Didde Gatherall Collator Model GA60-CC12 20 Pocket Collator with feed | 20-72 |
| B016 | Bostitch Model 7AW 7/8" Stitcher | 16162 |
| B017 | Bostitch Model 7AW 7/8" Stitcher | 765129 |
| B018 | Challenge Model A Paper Jogger | 4153 |

3

| Item Number | Equipment Description | Serial Number or Model |
|---|---|---|
| B019 | Didde Glaser portable saddle stitcher with interlake Model 600 wire stitcher | 51315 |
| B020 | Baumcut 31.5" cutter (2004) with large side tables | 72N1003 |
| B021 | Baumfolder Model ND-5 Series ST-A-3 5 hole paper drill | ST-C012 |
| B022 | Baumfolder Model ND-5 Series ST-A-3 5 head paper mill | ST-D014 |
| B023 | Southworth corner cutter | N/A |
| B024 | Astro Model ATS-8000 envelope feeder & taper | 10082363 |
| B025 | Suspension Feeder Model Strate Flo (2004) portable universal feeder | 4081 |
| B026 | 2002 Theisen Bonitz - 15 pocket gathering system with stitchfold system | 316WP6304 |

4

| Item Number | Equipment Description | Serial Number or Model |
|---|---|---|
| B027 | Heidelberg Quickbinder with premeltor & extraction system, Model QB-200 | 0700F0019 |
| C001 | Palladio with recent $60,000 upgrade of software & hardware, age 2003 | C702G05 474 |
| M002 | Sartorius Digital (counting) Scale | N/A |
| M001 | Bryce Model BOS20K address inkjet printer 3" x 5" minimal media size, 15" x 17" maximum media size w/feed & accufast C53 runout conveyor, personal computer & miscellaneous support equipment | |
| M003 | Big Joe Model 2524-A5 - 2,500 lb. capacity electric lift | 346862 |
| M004 | Four (4) Pallet Jacks | N/A |
| M005 | Toyota Electric Lift Truck Model 5BFEP20 Triple Mast w/Side Shift 4000 lbs. capacity, 189" 2 stage mast, cushion tires, R.O.P.S. | 11545 |
| M006 | Yale Model M25R45071 2,500 lb. capacity electric standup rider lift truck | AH15988 |

5

| Item Number | Equipment Description | Serial Number or Model |
|---|---|---|
| M007 | Speedaire 5 H.P. reciprocating air compressor mounted on vertical tank | N/A |
| M008 | Craftsman 4 H.P. portable reciprocating air compressor mounted on horizontal tank | N/A |
| M09 | Wastequip 60" x 30" x 30" hydraulic vertical balor (2000) | 7654 |
| M012 | Miscellaneous shop & office equipment including, but not limited to: Pallet rackes, banding carts, part washer, workbenches and tables, fans, ice maker, shop personal computers, scales, tape shooters, time clock, GBC punch, dock plate, miscellaneous shop furniture, radial arm saw, refrigerator, microwave, desks, tables, chairs, personal computers, printers, copiers, facsimile machine, telephone system, miscellaneous equipment, etc. | N/A |
| Total | | |

6

# REED-PARKER

| QTY | Equipment / Description | Manufacturer | Model No. | Serial No. |
|---|---|---|---|---|
| 1 | Garbage can, 22" high, 23" diameter | | | |
| 1 | Telephone handset | 3Com | | |
| 1 | Telephone Handset | 3Com | | |
| 1 | Telephone handset | 3Com | | |
| 1 | Telephone handset | 3Com | | |
| 1 | Telephone handset | 3Com | | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 1 | Telephone handset | 3Com | 6550008063 | |
| 9 | UPS | 3Com | 6550008063 | |
| 2 | 5 drawer filing cabinets, 15" wide x 28" deep x 57.5" high | Art Metal | 30989, 31197 | |
| 1 | 31.5" Cutter with large side tables | Baumcut | Adolf Morph Series 80 | 73N1003 |
| 1 | 5 Drawer filing cabinet, 15" wide x 28" deep x 58" high | Betson | | |
| 1 | Coffeemaker | Bunnomatic | | |
| 1 | Desk calculator | Casio | | |
| 1 | Desk calculator | Casio | | |
| 1 | Freestanding utility tub | E. L. Mustee & Sons | Utilatub Model 19 | |
| 2 | basin freestanding utility sink, 40" wide x 24" deep x | E. L. Mustee & Sons | Utilatwin | |
| 6 | Pocket Saddle Stitcher w/ 6 automatic pocket feeds, 2 | Harris Graphics Mach. | VPR | |
| 1 | 13 3/8" x 18 1/8", 2 Color offset printing press | Heidelberg | HR-150TM | |
| 1 | Perfectbinder with permeltor and extraction system | Heidelberg | HR100TM | 502 |
| 1 | Plate punch | Heidelberg | 562-4 Saddlebinder II | 963409 |
| 2 | Plate punch | Heidelberg | Printmaster QM-46-2 | 0700F0019 |
| 4 | drawer filing cabinets, 18" wide x 27" deep x 52" high | Hon | QB200-E-3-3 | |
| 16 | Drawer filing cabinets, 18" wide x 27" deep x 49" high | Hon | | |
| 2 | Drawer filing cabinets, 18" wide x 28.5" deep x 52" high | Hon | | |
| 4 | Drawer filing cabinets, 15" wide x 26.5" deep x 52.5" | Hon | | |
| 2 | Drawer filing cabinets, 18" wide x 26.5" deep x 52" high | Hon | 2536013299|4 | 2536013299|4 |
| 4 | Refrigerator | Kenmore | | LA04006773 |
| 1 | Time clock with digital display | Lathem | | |
| 1 | 26" x 50" buckle folder | MBO | B26-1-26/4C | Q01/25 |
| 1 | 26" x 50" buckle folder | MBO | B26-1-26/4C | Q01/24 |
| 1 | Light table, 43" wide x 33" deep x 36" high | NUARC | | |

## REED-PARKER

| QTY | Equipment / Description | Manufacturer | Model No. | Serial No. |
|---|---|---|---|---|
| 3 | 4 drawer filing cabinets, 18" wide x 26.5" deep x 50.5" | Office Depot | | |
| 1 | 45" Paper Cutter with automatic back gauge, monitor | Polar Mohr | 115EMC-MON | 5931415 |
| 1 | 45" Paper Cutter with automatic back gauge, monitor | Polar Mohr | 115EMC-MON | 5631242 |
| 1 | Garbage can, 28" high, 22" diameter | Rubbermaid | | |
| 1 | Garbage can, 28" high, 22" diameter | Rubbermaid | | |
| 1 | Garbage can, 32" high, 18.5" diameter | Rubbermaid | | |
| 1 | Garbage can, 32" high, 18.5" diameter with handles and | Rubbermaid | | |
| 1 | Garbage can, 28" high, 22" diameter | Rubbermaid | | |
| 1 | Plastic tool box (empty) | Rubbermaid | | |
| 1 | Plastic utility cart, 45" wide x 25" deep x 34" high | Rubbermaid | | |
| 2 | Garbage can, 28" high, 22" diameter | Rubbermaid | | |
| 2 | Garbage can, 28" high, 22" diameter | Rubbermaid | | |
| 1 | Parts cleaning station | SafetyClean | | |
| 2 | 20.48" x 28.35" 2 Color offset sheet fed perfector press | Sakurai Oliver | 30.3R | 30233470 |
| 2 | 18.5" x 26", 4 Color offset sheet fed perfector press | Sakurai Oliver | 272EP | HE019393 |
| 1 | Stitcher / Folder / Trimmer with Model TB sprint 15 | Theisen & Bonitz | 466 SIP | HF104203 |
| 5 | Free standing oven (Print plate oven) | Wisconsin Oven Corp | Type TB Flex 303QSM | 303-QSM-3118 |
| 3 | Formica countertop, 64" wide x 24" deep with 4" splash | | SPC-HD-S4-S/125 | 107420701 |
| 1 | Assorted wooden stools | | | |
| 1 | Push broom | | | |
| 2 | Garbage cans, 32" high, 18.5" diameter with handles | | | |
| 3 | Garbage can, 28" high, 22" diameter | | | |
| 2 | Warehouse fan on stand | | | |
| 27 | Round wooden tables, 42" diameter x 30" high | | | |
| 1 | Plastic lawn chairs | | | |
| 2 | Pieces framed wall art | | | |
| 2 | Garbage cans, 32" high, 18.5" diameter with handles | | | |
| 5 | Wooden stools | | | |
| 1 | Metal loading ramp | | | |
| 1 | Garbage can, 28" high, 22" diameter | | | |
| 1 | 2 Piece executive wooden cherry finish and metal desk | | | |
| 2 | Fabric / vinyl blend guest chairs | | | |
| 1 | Fabric / vinyl blend office chair | | | |
| 1 | Small rectangular garbage can | | | |
| 3 | Rear credenza with 4 drawers, cherry finish, 60" wide x | | | |
| 2 | 3 drawer metal printer stands, 15" wide x 20 deep x 27" | | | |
| 3 | 3 Piece executive wooden cherry finish and metal desk | | | |
| 1 | Fabric covered office chair | | | |
| 1 | 2 Piece wooden cherry finish and metal desk with 4 | | | |

**REED-PARKER**

| QTY | Equipment / Description | Manufacturer | Model No. | Serial No. |
|---|---|---|---|---|
| 1 | Fabric office chair | | | |
| 1 | Small rectangular garbage can | | | |
| 1 | Power strip | | | |
| 2 | Fabric / vinyl blend guest chairs | | | |
| 4 | Vinyl / Fabric covered chairs | | | |
| 1 | Partitioned workstation system with 4 individual | | | |
| 1 | Small rectangular garbage can | | | |
| 1 | Power strip | | | |
| 1 | Small desk calculator | | | |
| 1 | Small rectangular garbage can | | | |
| 1 | Heavy duty extension cord | | | |
| 1 | Small rectangular garbage can | | | |
| 1 | Small desk calculator | | | |
| 1 | Small desk calculator | | | |
| 1 | Small rectangular garbage can | | | |
| 2 | Partitioned workstation system with 2 individual | | | |
| 1 | Fabric / vinyl blend office chairs | | | |
| 1 | Small rectangular garbage can | | | |
| 1 | Power strip | | | |
| 1 | Small rectangular garbage can | | | |
| 5 | Fabric covered conference room chairs | | | |
| 1 | Oval cherry finish conference table, 72" wide x 36" deep | | | |
| 1 | Wooden, 2 drawer cabinet, 36" wide x 21" deep x 29" | | | |
| 1 | Small rectangular garbage can | | | |
| 1 | Wooden, 3 drawer cabinet, 16" wide x 20" deep x 29" | | | |
| 1 | Formica-like end table, 28" wide x 28" deep x 21" high | | | |

B6D (Official Form 6D) (12/07)

In re   **Reed-Parker, Inc.**                                   Case No. _____
                                                    ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Claim incurred for equipment lease | | | | | |
| **AGFA Corporation** c/o Askounis & Darcy, P.C. 401 N. Michigan Ave., #550 Wilmington, MA 01887 | | - | | | | | | |
| | | | Value $ **50,000.00** | | | | **112,142.08** | **62,142.08** |
| Account No. | | | Loan | | | | | |
| **Banco Popular North America** c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | X | - | | | | X | | |
| | | | Value $ **300,000.00** | | | | **542,507.81** | **242,507.81** |
| Account No. | | | Loan | | | | | |
| **Banco Popular North America** c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | X | - | | | | | | |
| | | | Value $ **300,000.00** | | | | **381,668.43** | **381,668.43** |
| Account No. | | | Loan | | | | | |
| **Banco Popular North America** c/o Chuhak & Tecson 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | | - | | | | X | | |
| | | | Value $ **300,000.00** | | | | **774,260.49** | **774,260.49** |

___1___ continuation sheets attached

Subtotal (Total of this page)   **1,810,578.81**   **1,460,578.81**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Reed-Parker, Inc.** _____,    Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Claim incurred for equipment lease | | | | | |
| **U.S. Bank 100 Cummings Center, Suite 320H Beverly, MA 01915** | X | - | | | | | | |
| | | | Value $              5,000.00 | | | | 41,000.00 | 36,000.00 |
| Account No. | | | Claim incurred for equipment lease | | | | | |
| **U.S. Bankcorp Pre-Business Equipment Finance Group 1310 Madrid Street, Suite 101 Marshall, MN 56258** | X | - | | | | | | |
| | | | Value $             30,000.00 | | | | 65,000.00 | 35,000.00 |
| Account No. | | | Claim incurred for equipment lease | | | | | |
| **Wells Fargo Leasing, Inc. 400 Locust Street, Suite 500 Des Moines, IA 50309** | X | - | | | | | | |
| | | | Value $             25,000.00 | | | | 61,430.98 | 36,430.98 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1**___ of **1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 167,430.98 | 107,430.98 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,978,009.79 | 1,568,009.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **Reed-Parker, Inc.**                                                                    Case No. _____
                                                                        ,
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>__2__</u>   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Reed-Parker, Inc.**                                                                    ,        Case No. _____

                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Unpaid vacation pay** | | | | | | |
| **John Lewandowski** **5306 S. Mobile** **Chicago, IL 60638** | X | - | | | | | 1,404.00 | 1,404.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,404.00 | 1,404.00 | 0.00 |
|---|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Reed-Parker, Inc.**                                              ,   Case No. _____

_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | | |
| **State of Illinois, Dept. of Labor Fair Labor Standards Division 160 N. LaSalle St., Suite C1300 Chicago, IL 60601** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | | 0.00 |
| | Total (Report on Summary of Schedules) | 1,404.00 | 1,404.00 |
| | | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Reed-Parker, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | Miscellaneous charges | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096 | | | | | | | | | 1,188.82 |
| Account No. | | | - | | Miscellaneous charges | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096 | | | | | | | | | 6,333.35 |
| Account No. | X | | - | | Miscellaneous charges | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096 | | | | | | | | | 1,208.83 |
| Account No. | | | - | | Rag Service | | | | |
| Aramark Uniform Services 3795 N. Wilke Road Arlington Heights, IL 60004 | | | | | | | | | 900.00 |
| __5__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 9,631.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:35670-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reed-Parker, Inc.**                                          ,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | Paper supplies | | | | |
| Bradner Smith & Company<br>PO Box 73373<br>Chicago, IL 60673 | - | | | | | | | | 17,869.42 |
| Account No. | | | | | Miscellaneous filters | | | | |
| Calco, Ltd.<br>960 Muirfield Drive<br>Hanover Park, IL 60133 | - | | | | | | | | 1,005.64 |
| Account No. | X | | | | Miscellaneous charges | | | | |
| Citicard<br>PO Box 44180<br>Jacksonville, FL 32231 | - | | | | | | | | 11,029.43 |
| Account No. | | | | | Telephone usages | | | | |
| ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | - | | | | | | | | 4,500.00 |
| Account No. | | | | | IT services | | | | |
| File Image Services<br>2838 N. Brookfield Road, #C<br>Brookfield, WI 53045 | - | | | | | | | | 11,120.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,524.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reed-Parker, Inc.**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Amount due on returned vehicle | | | | |
| **Ford Motor Credit** **PO Box 790093** **Saint Louis, MO 63179** | | - | | | | | | 12,463.25 |
| Account No. | | | | Miscellaneous supplies | | | | |
| **Fujifilm Graphic Systems USA** **Dept. CH10764** **Palatine, IL 60055** | | - | | | | | | 16,680.45 |
| Account No. | | | | Equipment repairs | | | | |
| **Fuller Grafix, Inc.** **808 N. Central** **Wood Dale, IL 60191** | | - | | | | | | 8,068.21 |
| Account No. | | | | Unpaid alleged reimbursement | | | | |
| **Gary Parker** **c/o Early Tousey Regan & Wlodek** **2400 Big Timber Road, #201A** **Elgin, IL 60142** | | - | | | X | | X | 26,498.48 |
| Account No. | | | | Miscellaneous purchases | | | | |
| **Home Depot** **Dept. 32-2021473685** **PO Box 60229** **The Lakes, NV 88901** | | - | | | | | | 288.83 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,999.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Reed-Parker, Inc.**                                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Humana Insurance Company**<br>**PO Box 0859**<br>**Carol Stream, IL 60132** | - | | **Insurance premiums** | | | | 3,254.10 |
| Account No.<br><br>**Lewis Paper International, Inc.**<br>**c/o Bates & Associates, Inc.**<br>**PO Box 465100**<br>**Aurora, CO 80046** | - | | **Paper** | | | | 3,505.43 |
| Account No.<br><br>**Lindenmeyr Munroe**<br>**c/o Kohner Mann & Kailes**<br>**4600 N. Port Washington Road**<br>**Milwaukee, WI 53212** | - | | **Paper** | | | | 1,439.38 |
| Account No.<br><br>**MBO America**<br>**400 Highland Drive**<br>**Westampton, NJ 08060** | - | | **Parts** | | | | 410.57 |
| Account No.<br><br>**Premier Financial Services**<br>**47 Sherman Hill Road**<br>**Woodbury, CT 06798** | - | | **Deficiency on automobile lease** | | | | 14,836.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,445.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Reed-Parker, Inc.**                                          ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid rent | | | | |
| **Rental Systems c/o Fuller & Berres 69 S. Barrington Road South Barrington, IL 60010** | - | | | | | | 68,358.00 |
| Account No. | | | Press supplies | | | | |
| **Rosmani Pacesetter Graphic Services 1375 Bangor Street Copiague, NY 11726** | - | | | | | | 102.75 |
| Account No. | | | Unpaid amount due on vehicle returned | | | | |
| **U.S. Bank PO Box 2407 Minneapolis, MN 55402** | - | | | | | | 25,000.00 |
| Account No. | | | Balance due for 2008 Ford Escape which was returned | | | | |
| **U.S. Bank Illinois-Chicago Indirect Lending PO Box 790179 Saint Louis, MO 63179** | - | | | | | | 28,320.00 |
| Account No. | | | Finish services | | | | |
| **Wurckert Finishing Company, LLC 36 W. 665 Oak Hill Drive Dundee, IL 60118** | - | | | | | | 1,356.75 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        123,137.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Reed-Parker, Inc.**                                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Xpepx Atlanta PO Box 403565 Atlanta, GA 30384** | - | | **Paper and supplies** | | | | **759.72** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **759.72**

Total
(Report on Summary of Schedules)     **266,497.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Reed-Parker, Inc.**                                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AGFA Corporation**<br>**200 Ballardvale Street**<br>**Wilmington, MA 01887** | **Equipment lease** |
| **Rental Systems**<br>**PO Box 957941**<br>**Hoffman Estates, IL 60195** | **Lease Agreement** |
| **U.S. Bank**<br>**100 Cummings Center, Suite 320H**<br>**Beverly, MA 01915** | **Equipment lease** |
| **U.S. Bankcorp Pre-Business**<br>**  Equipment Finance Group**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258** | **Equipment lease** |
| **Wells Fargo Leasing, Inc.**<br>**400 Locust Street, Suite 500**<br>**Des Moines, IA 50309** | **Equipment lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Reed-Parker, Inc.**                                             ,  Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **Banco Popular North America**<br>**c/o Chuhak & Tecson**<br>**30 S. Wacker Drive, Suite 2600**<br>**Chicago, IL 60606** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **Banco Popular North America**<br>**c/o Chuhak & Tecson**<br>**30 S. Wacker Drive, Suite 2600**<br>**Chicago, IL 60606** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **U.S. Bank**<br>**100 Cummings Center, Suite 320H**<br>**Beverly, MA 01915** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **U.S. Bankcorp Pre-Business**<br>**  Equipment Finance Group**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **Wells Fargo Leasing, Inc.**<br>**400 Locust Street, Suite 500**<br>**Des Moines, IA 50309** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **Citicard**<br>**PO Box 44180**<br>**Jacksonville, FL 32231** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Terry Reed**<br>**533 Springwood Circle**<br>**Dundee, IL 60118** | **John Lewandowski**<br>**5306 S. Mobile**<br>**Chicago, IL 60638** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Reed-Parker, Inc.**                                                                    Case No. _____

                                                    Debtor(s)         Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　　I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **August 10, 2009**                                    Signature    **/s/ Terry Reed**                                                    

                                                                              **Terry Reed**
                                                                              **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Reed-Parker, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,342,131.00** | **2007 income** |
| **$2,066,013.16** | **2008 income** |
| **$453,074.78** | **2009 income to-date (approximately)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Banco Popular v. Reed-Parker, Inc. and Terry Reed** | | **Circuit Court of Kane County, Illinois** | **Pending** |
| **Rental Systems, LLC v. Reed-Parker, Inc.** | | **Kane County, Illinois** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor Credit** **PO Box 790093** **Saint Louis, MO 63179** | | **Returned two Ford Escapes** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None
☐        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ottenheimer Teplinsky Rosenbloom, LLC**<br>**750 Lake Cook Road**<br>**Suite 140**<br>**Buffalo Grove, IL 60089** | | **$4,000 for bankruptcy representation and filing; no adversary proceeding or Rule 2004 Exam** |

**10. Other transfers**

None
■        a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■        b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Team Concept Printing** | **Miscellaneous skids of paper for printing of customers' orders** | |

**15.  Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Triographics, LLC** | **26-3682778** | | **Printing and binding** | **January, 2009 to April, 2009** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                     ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED
**Mark McKinney**
**Antioch, IL**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                 DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                 ADDRESS
**Mark McKinney**                                    **Antioch, IL**

7

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS             DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Terry Reed** | **President** | **73-1/2%** |
| **Reginald Reed** | | **13-1/2%** |
| **Gary Parker** | | **5%** |
| **Peter Samosanto** | | **2-1/2%** |
| **Frank Little** | | **5-1/2%** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Terry Reed** | | **$130,763.88** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 10, 2009**                       Signature    **/s/ Terry Reed**

                                                             **Terry Reed**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re **Reed-Parker, Inc.**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................. $ _____4,000.00

   Prior to the filing of this statement I have received..................................... $ _____4,000.00

   Balance Due............................................................................................ $ _____0.00

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 10, 2009**                          /s/ **Lester A. Ottenheimer III**
                                                        **Lester A. Ottenheimer III 3127572**
                                                        **Ottenheimer Teplinsky Rosenbloom, LLC**
                                                        **750 Lake Cook Road**
                                                        **Suite 140**
                                                        **Buffalo Grove, IL 60089**
                                                        **847-520-9400   Fax: 847-520-9411**
                                                        **Hklein@otrlaw.com and Lottenheimer@otrlaw.com** |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Reed-Parker, Inc.**                                          Case No. _____

_____         Chapter   **7**   _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **33**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 10, 2009**                      **/s/ Terry Reed**
_____        _____
                                **Terry Reed/President**
                                Signer/Title

AGFA Corporation
c/o Askounis & Darcy, P.C.
401 N. Michigan Ave., #550
Wilmington, MA 01887


AGFA Corporation
200 Ballardvale Street
Wilmington, MA 01887


American Express
PO Box 0001
Los Angeles, CA 90096


Aramark Uniform Services
3795 N. Wilke Road
Arlington Heights, IL 60004


Banco Popular North America
c/o Chuhak & Tecson
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606


Bradner Smith & Company
PO Box 73373
Chicago, IL 60673


Calco, Ltd.
960 Muirfield Drive
Hanover Park, IL 60133


Citicard
PO Box 44180
Jacksonville, FL 32231


ComEd
PO Box 6111
Carol Stream, IL 60197


File Image Services
2838 N. Brookfield Road, #C
Brookfield, WI 53045


Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179

Fujifilm Graphic Systems USA
Dept. CH10764
Palatine, IL 60055


Fuller Grafix, Inc.
808 N. Central
Wood Dale, IL 60191


Gary Parker
c/o Early Tousey Regan & Wlodek
2400 Big Timber Road, #201A
Elgin, IL 60142


Home Depot
Dept. 32-2021473685
PO Box 60229
The Lakes, NV 88901


Humana Insurance Company
PO Box 0859
Carol Stream, IL 60132


John Lewandowski
5306 S. Mobile
Chicago, IL 60638


Lewis Paper International, Inc.
c/o Bates & Associates, Inc.
PO Box 465100
Aurora, CO 80046


Lindenmeyr Munroe
c/o Kohner Mann & Kailes
4600 N. Port Washington Road
Milwaukee, WI 53212


MBO America
400 Highland Drive
Westampton, NJ 08060


Premier Financial Services
47 Sherman Hill Road
Woodbury, CT 06798

Rental Systems
c/o Fuller & Berres
69 S. Barrington Road
South Barrington, IL 60010


Rental Systems
PO Box 957941
Hoffman Estates, IL 60195


Rosmani Pacesetter Graphic Services
1375 Bangor Street
Copiague, NY 11726


State of Illinois, Dept. of Labor
Fair Labor Standards Division
160 N. LaSalle St., Suite C1300
Chicago, IL 60601


Terry Reed
533 Springwood Circle
Dundee, IL 60118


U.S. Bank
100 Cummings Center, Suite 320H
Beverly, MA 01915


U.S. Bank
PO Box 2407
Minneapolis, MN 55402


U.S. Bank Illinois-Chicago
 Indirect Lending
PO Box 790179
Saint Louis, MO 63179


U.S. Bankcorp Pre-Business
 Equipment Finance Group
1310 Madrid Street, Suite 101
Marshall, MN 56258


Wells Fargo Leasing, Inc.
400 Locust Street, Suite 500
Des Moines, IA 50309

Wurckert Finishing Company, LLC
36 W. 665 Oak Hill Drive
Dundee, IL 60118


Xpepx Atlanta
PO Box 403565
Atlanta, GA 30384

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Reed-Parker, Inc.**                                        Case No.
                                                         Debtor(s)    Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Reed-Parker, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**August 10, 2009**                                      **/s/ Lester A. Ottenheimer III**
Date                                                     **Lester A. Ottenheimer III 3127572**
                                                         Signature of Attorney or Litigant
                                                         Counsel for   **Reed-Parker, Inc.**
                                                         **Ottenheimer Teplinsky Rosenbloom, LLC**
                                                         **750 Lake Cook Road**
                                                         **Suite 140**
                                                         **Buffalo Grove, IL 60089**
                                                         **847-520-9400 Fax:847-520-9411**
                                                         **Hklein@otrlaw.com and Lottenheimer@otrlaw.com**